

# Fourth Court of Appeals
## San Antonio, Texas

October 28, 2019

No. 04-19-00399-CR

Kurt Wayne **LOPER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 566384
Honorable Wayne A. Christian, Judge Presiding

# O R D E R

The complete clerk's record has been filed in this case. The appellant's brief is now due. We order appellant's counsel, Suzanne Kramer, to file the appellant's brief by November 27, 2019.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of October, 2019.

_Luz Estrada_
LUZ ESTRADA,
Chief Deputy Clerk